**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>LEGG, INC.,<br><br>  Defendant. | No.  CV 13–4562 PA (CWx)<br><br>JUDGMENT |

In accordance with the Court's July 7, 2014 Order granting the Motion for Judgment by Default filed by plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled to judgment and that defendant Legg, Inc. ("Defendant") shall pay to Plaintiff the total sum of $36,739.66, that sum representing unpaid contributions, interest, and liquidated damages imposed pursuant to ERISA § 29 U.S.C. § 1132(g)(2) and the collective bargaining agreements;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay Plaintiff's attorney's fees and costs of $2,782.28; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall be entitled to post-judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961.

The Clerk is ordered to enter this Judgment.

DATED: July 7, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE